

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00835-CV

**IN THE INTEREST OF A.A.E.**, J.A.E., and G.S.G., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01456
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:     Rebeca C. Martinez, Justice

Sitting:         Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: April 10, 2019

AFFIRMED

Appellant M.E. appeals the trial court's order terminating her parental rights to her children, A.A.E., J.A.E., and G.S.G. Appellant's court-appointed counsel filed a motion to withdraw and a brief in which he concluded there are no arguable grounds to be raised on appeal. The brief satisfies the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (recognizing *Anders* procedures apply in parental termination cases). Additionally, counsel certified he sent appellant a copy of the brief and the motion to withdraw, advised appellant of her right to review the record and file her own brief, and provided appellant a form motion to request access to the record. This court issued an order setting deadlines for appellant to request the record and file a pro se brief; however, appellant did not request the record or file a pro se brief.

After reviewing the record and counsel's brief, we agree there are no arguable grounds to be raised on appeal. Therefore, we affirm the trial court's order. We deny counsel's motion to withdraw. *See id.* at 27–28 (holding counsel's obligations in parental termination cases extend through the exhaustion or waiver of all appeals, including the filing of a petition for review in the Texas Supreme Court).

Rebeca C. Martinez, Justice